IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLORIA RODRIGUEZ o/b/o M. RODRIGUEZ-LEBRON,<br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE<br>SOCIAL SECURITY ADMINISTRATION,<br>　　　　　　　Defendant. | CIVIL ACTION<br><br><br>NO. 08-1843 |

## ORDER

AND NOW, this 29th day of April, 2009, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Dkt. No. 9) filed August 11, 2008; upon consideration of Defendant's Response to Request for Review of Plaintiff (Dkt. No. 12) filed October 15, 2008; and after careful review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, IT IS ORDERED that:

　　　　1.　the Report and Recommendation is APPROVED and ADOPTED;

　　　　2.　the Plaintiff's Motion for Summary Judgment is GRANTED in part;

　　　　3.　the matter is REMANDED for further proceedings consistent with the Report and Recommendation.

　　　　4.　The Clerk of Court is directed to mark this case closed.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LEGROME D. DAVIS,
　　　　　　　　　　　　　　　　United States District Judge